UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ANITA DESORMEAUX** | **CIVIL DOCKET NO. 6:22-CV-00586** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **AMY BONCHER** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge [Doc. 4] previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record,

IT IS HEREBY, ORDERED ADJUDGED AND DECREED that the PETITION FOR WRIT OF HABEAS CORPUS [DOC. 1] filed by Anita Desormeaux be DISMISSED WITHOUT PREJUDICE.

**THUS, DONE AND SIGNED,** in Chambers, in Lafayette, Louisiana, on this 14th day of July, 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE